UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELJUAN MARKE GOODLOW, | Case No. 3:20-cv-00364-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| ISIDRO BACA, *et al.*, | |
| Respondents. | |

This action is a petition for a writ of habeas corpus, under 28 U.S.C. § 2254, by *pro se* Plaintiff Deljuan Marke Goodlow, an individual incarcerated at Nevada's Warm Springs Correctional Center. On June 17, 2020, Goodlow filed an application to proceed *in forma pauperis* (ECF No. 1), along with his habeas petition (ECF Nos. 1-1), and a motion for appointment of counsel (ECF No. 1-2).

In light of the information provided in the application to proceed *in forma pauperis*, the Court finds that Goodlow is able to pay the $5 filing fee for this action.

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner will have 30 days from the date of this order to have payment of the filing fee of five dollars ($5) sent to the Clerk of the Court. If Petitioner believes he is unable to pay the filing fee within that time, he may, instead, file a new application to proceed *in forma pauperis*. Failure to comply with this order will result in dismissal of this action.

///

///

///

///

It is further ordered that the Clerk of the Court is directed to send Petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check sent to the Clerk of the Court in payment of the filing fee.

DATED THIS 2nd day of July 2020.

MIRANDA M. DU,
CHIEF UNITED STATES DISTRICT JUDGE