UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>                              Petitioner,<br>       v.<br><br>ISIDRO BACA, *et al.*,<br><br>                              Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In this habeas corpus action, the Court appointed counsel for Petitioner Deljuan Marke Goodlow. (ECF No. 5.) With counsel, Goodlow filed an amended habeas petition on August 21, 2020. (ECF No. 11.) On that date, Goodlow also filed a motion for leave to file a second amended petition. (ECF No. 12.) On September 4, 2020, Respondents filed a response to the motion for leave to amend, stating that they do not oppose that motion. (ECF No. 13.) The Court will grant the motion and will set a deadline for Goodlow to file his second amended petition.

The Court does not, by this order, express any opinion, or intend to affect in any manner, the operation of any statute of limitations in this case.

///
///
///
///
///
///
///
///

It is therefore ordered that Petitioner's Motion for Leave to File a Second Amended Petition (ECF No. 12) is granted. Petitioner will have 90 days from the date of this order to file a second amended habeas petition. In all other respects, the scheduling order entered on August 5, 2020 (ECF No 10) will remain in effect. Respondents will not be required to respond to Petitioner's first amended habeas petition (ECF No. 11).

DATED THIS 8th day of September 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE