UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>　　　　　　　　　Petitioner,<br>　v.<br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In this habeas corpus action, the petitioner, Deljuan Marke Goodlow, was due to file a second amended habeas petition by December 8, 2020. (ECF No. 14.)

On December 7, 2020, Petitioner filed his first motion for extension of time (ECF No. 15), requesting an extension of time to February 5, 2021 (a 59-day extension), to file his second amended petition. Petitioner's counsel states in the motion that the extension of time is necessary because of her obligations in other cases. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. The Court will grant this motion for extension of time.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 15) is granted. Petitioner will have until and including February 5, 2021, to file his second amended petition for writ of habeas corpus

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered August 5, 2020 (ECF No. 10) will remain in effect.

DATED THIS 7th Day of December 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE