# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>                Petitioner,<br>     v.<br>ISIDRO BACA, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

      In this habeas corpus action, Petitioner Deljuan Marke Goodlow, who is represented by appointed counsel, filed a second amended habeas petition on February 5, 2021. (ECF No. 17.) Respondents were then due to file a response to the second amended petition by April 6, 2021. (ECF No. 10.)

      On March 30, 2021, Respondents filed a motion for extension of time (ECF No. 20), requesting a 62-day extension of time, to June 7, 2021, to file their response to the second amended petition. This would be the first extension of this deadline. Respondents' counsel states that the extension of time is necessary because of delays caused by the COVID-19 pandemic, specifically with respect to gathering, compiling, and examining the state court record. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time. The Court will grant this motion for extension of time.

///

///

///

///

///

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 20) is granted. Respondents will have until and including June 7, 2021, to file an answer or other response to Petitioner's second amended petition for writ of habeas corpus.

It is further ordered that, in all other respects, the schedule for further proceedings set forth in the order entered August 5, 2020 (ECF No. 10) will remain in effect.

DATED THIS 30th Day of March 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE