UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>　　　　　　Petitioner,<br>　　v.<br>ISIDRO BACA, *et al.*,<br>　　　　　　Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Petitioner Deljuan Marke Goodlow, represented by appointed counsel, filed a second amended habeas petition on February 5, 2021. (ECF No. 17.) After a 60-day initial period and then a 62-day extension of time, Respondents were due to file a response to the second amended petition by June 7, 2021. (ECF No. 10 (60 days for response); ECF No. 21 (62-day extension).)

On June 1, 2021, Respondents filed a second motion for extension of time (ECF No. 22), requesting a 21-day extension of time, to June 28, 2021, to file their response to the second amended petition. Petitioner does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

///
///
///
///
///
///
///

1    It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 22) is granted. Respondents will have until and including June 28, 2021, to file an answer or other response to Petitioner's second amended petition for writ of habeas corpus. In all other respects, the schedule for further proceedings set forth in the order entered August 5, 2020 (ECF No. 10) will remain in effect.

DATED THIS 1st Day of June 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE