UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>             Petitioner,<br>    v.<br><br>ISIDRO BACA, *et al.*,<br><br>             Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Petitioner Deljuan Marke Goodlow, represented by appointed counsel, filed a second amended habeas petition on February 5, 2021 (ECF No. 17), and Respondents filed an answer on June 28, 2021 (ECF No. 24). Petitioner was then due to file a reply by August 12, 2021. (ECF No. 10 (45 days for reply).)

On August 12, 2021, Petitioner filed a motion for extension of time (ECF No. 33), requesting a 60-day extension of time, to October 11, 2021, to file his reply. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 33) is granted. Petitioner will have until and including October 11, 2021, to file a reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered August 5, 2020 (ECF No. 10) will remain in effect.

DATED THIS 12th Day of August 2021.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE