UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>　　　　　　　Petitioner,<br>　　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Petitioner Deljuan Marke Goodlow, represented by appointed counsel, filed a second amended habeas petition on February 5, 2021 (ECF No. 17), and Respondents filed an answer on June 28, 2021 (ECF No. 24). After an initial period of 45 days, and two 60-day extensions of time, Petitioner was due to file a reply by December 10, 2021. (*See* ECF No. 10 (45 days for reply); ECF No. 34 (60-day extension); ECF No. 36 (60-day extension).)

On December 10, 2021, Petitioner filed a motion for extension of time (ECF No. 37), requesting a further 45-day extension of time, to January 24, 2022, to file his reply. Petitioner's counsel states that the further extension of time is necessary because of his obligations in other cases, and because he remains engaged in investigation that will affect Petitioner's claims. Respondents do not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and there is good cause for the extension of time.

///
///
///
///
///

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 37) is granted. Petitioner will have until and including January 24, 2022, to file a reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered August 5, 2020 (ECF No. 10) will remain in effect.

DATED THIS 13th Day of December 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE