# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELJUAN MARKE GOODLOW, | Case No. 3:20-cv-00364-MMD-CLB |
| Petitioner, | ORDER |
| v. | |
| NETHANJAH BREITENBACH, *et al.*, | |
| Respondents. | |

In this habeas corpus action, Respondents filed a motion to dismiss on October 26, 2023. (ECF No. 57.) Petitioner Deljuan Marke Goodlow, represented by appointed counsel, filed an opposition to the motion to dismiss on January 5, 2024. (ECF No. 61.) Respondents were then to file their reply in support of the motion by February 5, 2024. (*See* ECF No. 52.)

On February 5, 2024, Respondents filed a motion for extension of time (ECF No. 63), requesting a 30-day extension, to March 6, 2024, to file the reply in support of their motion to dismiss. Respondents' counsel states that they need the extension of time because of their obligations in other cases. Respondents' counsel states that Goodlow does not oppose the motion for extension of time. This would be the first extension of this deadline. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 63) is granted. Respondents will have until and including March 6, 2024 to file their reply in support of their motion to dismiss. In all other respects, the schedule for further proceedings set forth in the order entered July 28, 2023 (ECF No. 52) remains in effect.

DATED THIS 5th Day of February 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE