1
2
3                              UNITED STATES DISTRICT COURT
4                                   DISTRICT OF NEVADA
5                                          * * *
6    DELJUAN MARKE GOODLOW,                      Case No. 3:20-cv-00364-MMD-CLB
7                             Petitioner,                    ORDER
8         v.
9    RONALD OLIVER, *et al.*,
10                           Respondents.
11

12          In this habeas corpus action, in an order entered on June 12, 2024, the Court

13   denied Respondents' motion to dismiss and ordered Respondents to file an answer within

14   90 days, or by September 11, 2024. (ECF No. 66.)

15          On September 10, 2024, Respondents filed a motion for extension of time

16   (ECF No. 67), requesting an extension up to and including November 25, 2024 to file their

17   answer. Respondents' counsel states that they need the extension of time because of

18   their obligations in other cases. Respondents' counsel states that Petitioner Deljuan

19   Marke Goodlow, represented by appointed counsel, does not oppose the motion for

20   extension of time. This would be the first extension of this deadline. The Court finds that

21   the motion for extension of time is made in good faith and not solely for the purpose of

22   delay, and that there is good cause for the extension of time requested.

23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 67) is granted. Respondents will have until and including November 25, 2024, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered July 28, 2023 (ECF No. 52) remains in effect.

DATED THIS 16th Day of September 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE