UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>Petitioner,<br><br>v.<br><br>RONALD OLIVER, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In this habeas corpus action, in an order entered on June 13, 2024, the Court denied Respondents' motion to dismiss and ordered Respondents to file an answer. (ECF No. 66.) After a 90-day initial period and a 75-day extension, Respondents were to file their answer by November 25, 2024. (ECF Nos. 66, 68.)

On November 25, 2024, Respondents filed a motion for extension of time, requesting a further 45-day extension, to January 9, 2025. (ECF No. 69.) Respondents' counsel states that they need the extension of time because of their obligations in other cases. Respondents' counsel represents that Petitioner Deljuan Marke Goodlow, represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. However, the Court finds that the time it is taking for Respondents' answer is excessive. The Court will not look favorably upon any motion to further extend this deadline.

///
///
///
///

1   It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 69) is granted. Respondents have until and including January 9, 2025, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered July 28, 2023 (ECF No. 52) remains in effect.

DATED THIS 27th Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE