UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>Petitioner,<br><br>v.<br><br>RONALD OLIVER, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In an order entered on June 13, 2024, the Court denied in this habeas corpus action Respondents' motion to dismiss and ordered Respondents to file an answer. (ECF No. 66.) After a 90-day initial period, a 75-day extension and a 45-day extension, Respondents were to file their answer by January 9, 2025. (ECF Nos. 66, 68, 70.) In the order granting the last of those extensions, the Court found that the time it is taking for Respondents' answer is excessive and stated that it would not look favorably upon any motion to further extend this deadline. (ECF No. 70 at 1.)

Nevertheless, on January 9, 2025, Respondents filed a motion for extension of time, requesting a further 4-day extension, to January 13, 2025. (ECF No. 71.) Respondents' counsel states that they need the extension of time because of their obligations in other cases, the holidays, and personal medical issues. Respondents' counsel represents that Petitioner Deljuan Marke Goodlow, represented by appointed counsel, does not oppose the motion for extension of time. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested. The Court will not further extend this deadline absent extraordinary circumstances.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 71) is granted. Respondents will have until and including January 13, 2025, to file their answer. In all other respects, the schedule for further proceedings set forth in the order entered July 28, 2023 (ECF No. 52) remains in effect.

DATED THIS 10th day of January 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE