UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>                        Petitioner,<br><br>     v.<br><br>RONALD OLIVER, *et al.*,<br><br>                       Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

       In this habeas corpus action, Respondents filed their answer on January 13, 2025. (ECF No. 73.) Petitioner Deljuan Marke Goodlow, who is represented by appointed counsel, was then due to file a reply by March 14, 2025. (ECF No. 52.) On March 14, 2025, Goodlow filed a motion for extension of time, requesting a 60-day extension, to May 13, 2025. (ECF No. 74.) Goodlow's counsel states that they need the extension of time because of their obligations in other cases and because they represent that Respondents do not oppose their motion. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

       It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 74) is granted. Petitioner will have until and including May 13, 2025, to file a reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered July 28, 2023 (ECF No. 52) remains in effect.

       DATED THIS 14th Day of March 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE