UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>                Petitioner,<br><br>     v.<br><br>RONALD OLIVER, *et al.*,<br><br>                Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Respondents filed their answer on January 13, 2025. (ECF No. 73.) After a 60-day initial period and a 60-day extension of time, Petitioner Deljuan Marke Goodlow, who is represented by appointed counsel, was due to file a reply by May 13, 2025. (ECF Nos. 52, 75.) On May 12, 2025, Goodlow filed a motion for extension of time, requesting a further 30-day extension, to June 12, 2025. (ECF No. 76.) Goodlow's counsel states that they need the extension because of obligations in other cases. Counsel represents that Respondents do not oppose the motion. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's Motion for Extension of Time (ECF No. 76) is granted. Petitioner will have until and including June 12, 2025 to file a reply to Respondents' answer. In all other respects, the schedule for further proceedings set forth in the order entered July 28, 2023 (ECF No. 52) remains in effect.

DATED THIS 14th Day of May 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE