UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>Petitioner,<br><br>v.<br><br>RONALD OLIVER, *et al.*,<br><br>Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Respondents filed their answer on January 13, 2025. (ECF No. 73.) Petitioner Deljuan Marke Goodlow, who is represented by appointed counsel, filed a reply on June 12. (ECF No. 78.) Respondents were then to file a response to Goodlow's reply by July 14. (ECF No. 52.) On July 14, Respondents filed a motion for extension of time, requesting a 60-day extension, to September 12. (ECF No. 79.) Respondents' counsel states that they need the extension because of obligations in other cases and time away from work. Counsel represents that Goodlow does not oppose the request. The Court finds that the motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension requested.

It is therefore ordered that Respondents' motion for enlargement of time (ECF No. 79) is granted. Respondents will have until and including September 12, 2025, to file a response to Petitioner's reply.

DATED THIS 16th Day of July 2025.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE