UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| DELJUAN MARKE GOODLOW,<br><br>                              Petitioner,<br><br>       v.<br><br>RONALD OLIVER, *et al.*,<br><br>                              Respondents. | Case No. 3:20-cv-00364-MMD-CLB<br><br>ORDER |

In this habeas corpus action, Respondents filed their answer on January 13, 2025. (ECF No. 73.) Petitioner Deljuan Marke Goodlow, who is represented by appointed counsel, filed a reply on June 12. (ECF No. 78.) After a 30-day initial period and a 60-day extension, Respondents were to file a response to the reply by September 12. (ECF Nos. 52, 80.) On September 12, Respondents filed a motion for extension of time, requesting a 14-day extension, to September 26. (ECF No. 81.) Respondents' counsel states that they need the extension because of other obligations and because of problems with the State's computer system. Counsel represents that Goodlow does not oppose the request. The Court finds that the request is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension requested.

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 81) is granted. Respondents will have until and including September 26, 2025, to file a response to Petitioner's reply.

DATED THIS 18th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE