1
2
3           UNITED STATES DISTRICT COURT
4                 DISTRICT OF NEVADA
5                        * * *
6   DELJUAN MARKE GOODLOW,                Case No. 3:20-cv-00364-MMD-CLB
7                      Petitioner,        ORDER
8        v.
9   RONALD OLIVER, *et al.*,
10                     Respondents.
11
12          In this habeas corpus action, Respondents filed their answer on January 13, 2025.
13  (ECF No. 73.) Petitioner Deljuan Marke Goodlow, who is represented by appointed
14  counsel, filed a reply on June 12. (ECF No. 78.) After a 30-day initial period, a 60-day
15  extension, and a 14-day extension, Respondents were to file a response to the reply by
16  September 26. (ECF Nos. 52, 80, 82.) On September 26, Respondents filed a motion for
17  extension of time, requesting a seven-day extension, to October 3. (ECF No. 83.)
18  Respondents' counsel states that they need this extension because of obligations in other
19  cases, problems with the State's computer system, and personal medical issues. Counsel
20  represents that Goodlow does not oppose the request. The Court finds that the request
21  is made in good faith and not solely for the purpose of delay, and that there is good cause
22  for the extension requested.
23  ///
24  ///
25  ///
26  ///
27  ///
28

It is therefore ordered that Respondents' Motion for Enlargement of Time (ECF No. 83) is granted. Respondents will have until and including October 3, 2025, to file a response to Petitioner's reply.

DATED THIS 29th Day of September 2025.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE